**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **ALLIANTGROUP, L.P.,** § | |
| *Plaintiff*, § | |
| vs. § | NO. 4:16-CV-03114 |
| **BRAD MOLS,** § | |
| *Defendant*. § | |

**ALLIANTGROUP, L.P.'S SECOND SUPPLEMENTAL RULE 26 DISCLOSURES**

COMES NOW ALLIANTGROUP, L.P., and provides its Second Supplemental Initial Disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure.

1

**OF COUNSEL:**

Allan H. Neighbors, IV
Texas Bar No. 24033660
S.D. Tex. Bar No. 34398
aneighbors@littler.com
Matthew L. Simmons
Texas Bar No. 24075076
S.D. TX Bar No. 2284591
mlsimmons@littler.com
LITTLER MENDELSON, P.C.
1301 McKinney, Suite 1900
Houston, Texas 77010
713.951.9400 (Telephone)
713.951.9212 (Facsimile)

Matthew J. Marzullo
Texas State Bar No. 24078935
Federal Bar No. 1487536
Matt.Marzullo@alliantgroup.com
3009 Post Oak Blvd., Suite 2000
Houston, Texas 77056
Telephone: (713) 212-1452
Facsimile: (713) 350-3626

Respectfully submitted,

 */s/ John T. Simpson*
John T. Simpson, Jr.
Texas State Bar No. 00794639
Federal Bar No. 19690
John.Simpson@alliantgroup.com
3009 Post Oak Blvd., Suite 2000
Houston, Texas 77056
Telephone: (713) 212-1452
Facsimile: (713) 350-3626

**ATTORNEY IN CHARGE FOR PLAINTIFF ALLIANTGROUP, L.P.**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 12, 2017, I electronically filed the foregoing document using the CM/ECF system, which will automatically send notification of this filing to the following counsel of record:

Mr. Randy O. Sorrels
TBN: 18855350
Mr. Brian S. Humphrey, II
TBN: 24074456
ABRAHAM, WATKINS, NICHOLS, SORRELS, AGOSTO & FRIEND
800 Commerce Street
Houston, TX 77002
Tel: 713-222-7211
Fax: 713-225-0827
Email: rsorrels@abrahamwatkins.com
Email: bhumphrey@abrahamwatkins.com

ATTORNEYS FOR DEFENDANT BRAD MOLS

                                                    */s/ Allan H. Neighbors, IV*
                                                    Allan H. Neighbors, IV

**ALLIANTGROUP'S SECOND SUPPLEMENTAL RULE 26 DISCLOSURES**

**I.      Rule 26(a)(1)(A)(i): Individuals with Discoverable Information:**

1. Brad Mols
   c/o Brian S. Humphrey
   Abraham, Watkins, Nichols, Sorrels, Agosto, & Aziz
   800 Commerce Street
   Houston, TX 77002
   Tel: 713-222-7211

2. Angela Torres, Principal
   at Prime Tax Group
   27 Mesquite Canyon
   Trabuco Canyon, CA 92679

3. Dan Lewiecki
   19422 Creek Bend Drive
   Spring, TX 77002

4. Dhaval Jadav
   c/o John T. Simpson, Jr.
   3009 Post Oak Blvd., Suite 2000
   Houston, TX 77056
   Tel: 713-212-1452

5. David Ji
   c/o John T. Simpson, Jr.
   3009 Post Oak Blvd., Suite 2000
   Houston, TX 77056
   Tel: 713-212-1452

6. Wes Bangerter
   c/o John T. Simpson, Jr.
   3009 Post Oak Blvd., Suite 2000
   Houston, TX 77056
   Tel: 713-212-1452

7. Rick C. Heldwein
   Soares, Sandall, Bernacchi & Petrovich, LLP
   405 E. Esplanade Dr., Third Floor
   Oxnard, CA 93036
   Tel: 805-485-7965

8.  Jeff Bickel
    Tanner LLC
    36 S. State, Suite 600
    City Creek Center
    Salt Lake City, UT 84111
    Tel: 801-532-7444

9.  Dan Brklacich
    Bangerter, Lund & Associates
    300 S. 200 W.
    Bountiful, UT 84010
    Tel: 801-397-1000

10. Steve Thompson
    Solpac Construction, Inc.
    a/k/a Soltek Pacific Construction
    2424 Congress St.
    San Diego, CA 92110
    Tel: 619-296-6247

11. Caroline Lake
    c/o John T. Simpson, Jr.
    3009 Post Oak Blvd., Suite 2000
    Houston, TX 77056
    Tel: 713-212-1452

12. Scott Morrison
    Morrison, Clark & Conover
    5650 W. Chandler Blvd, Suite 2
    Chandler, AZ 85226
    Tel: (480) 424-7855

13. Glenn Conover
    Morrison, Clark & Conover
    5650 W. Chandler Blvd, Suite 2
    Chandler, AZ 85226
    Tel: (480) 424-7855

14. Cindy Berkson (Mols)
    3458 Sentinel Court
    Simi Valley, CA
    *cindeyberkson@yahoo.com*

15. Jared Kaufman
    8 Mesquite
    Trabuco Canyon, CA 92769

16. Norbert Kaufman
    26652 Morena Drive
    Mission Viejo, CA 92691

17. Unknown clients of Defendant referred by CPA's Defendant came to know of via employment by Alliantgroup.