United States District Court
Southern District of Texas
**ENTERED**
October 23, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALLIANTGROUP, L.P., | § § § | |
| Plaintiff, | § § | |
| vs. | § § | NO. 4:16-CV-03114 |
| BRAD MOLS, | § § § | |
| Defendant. | § § | |

## ORDER GRANTING AGREED MOTION TO DISMISS

The Court, having heard the parties' Agreed Motion to Dismiss Defendant Brad Mols ("Mols"), and being duly advised that the parties have resolved their dispute and Mols agrees to pay alliantgroup $1,200,000.00 million dollars.

**IT IS HEREBY ORDERED** that the Agreed Motion to Dismiss is **GRANTED**. The Court hereby dismisses all claims against Brad Mols with prejudice.

All costs are taxed against the party incurring said costs.

SO ORDERED.

SIGNED this _23rd_ day of _Oct._, 2018.

NANCY JOHNSON
UNITED STATES MAGISTRATE JUDGE